# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   VICKI L WHEELER                       §                Case No.: 09-16654
        MANUEL WHEELER                    §
                                                        §
                                                        §
                                                        §
        Debtor(s)                                §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/07/2009.

2) This case was confirmed on 07/02/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/19/2012.

5) The case was completed on 07/10/2012.

6) Number of months from filing to the last payment:  38

7) Number of months case was pending:  43

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $     6,000.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 9,853.29 |
| Less amount refunded to debtor | $ 353.28 |
| **NET RECEIPTS** | $ 9,500.01 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 546.90 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,046.90 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| JACK WRIGHT | SECURED | 600.00 | .00 | .00 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 1,300.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 264.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 152.00 | NA | NA | .00 | .00 |
| AMERICAN HONDA FINAN | UNSECURED | 32,968.00 | 19,041.87 | 19,041.87 | 2,583.60 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 2,508.00 | 1,710.97 | 1,710.97 | 232.14 | .00 |
| AMERILOAN | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 924.00 | 924.00 | 924.00 | 125.37 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 924.00 | 924.00 | 924.00 | 125.37 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 564.00 | 564.03 | 564.03 | 76.53 | .00 |
| CBNA LLC | UNSECURED | 430.00 | NA | NA | .00 | .00 |
| CDA/PONTIAC | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| CDA/PONTIAC | UNSECURED | 140.00 | NA | NA | .00 | .00 |
| PARKVIEW ORTHOPEDIC | UNSECURED | 76.00 | NA | NA | .00 | .00 |
| CHICAGO STATE UNIVER | UNSECURED | 1,100.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 1,200.00 | 1,385.40 | 1,385.40 | 187.97 | .00 |
| SPRINT PCS | UNSECURED | 653.00 | NA | NA | .00 | .00 |
| FIRST BANK OF DELAWA | UNSECURED | 644.00 | NA | NA | .00 | .00 |
| WOW INTERNET & CABLE | UNSECURED | 638.00 | NA | NA | .00 | .00 |
| MIDWEST PEDIATRIC CA | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| DEVRY INC | UNSECURED | 500.00 | 536.99 | 536.99 | 72.86 | .00 |
| SPRINT | UNSECURED | 217.00 | NA | NA | .00 | .00 |
| DEBOFSKY MD LTD | UNSECURED | 693.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FIFTH THIRD BANK | UNSECURED | 906.00 | NA | NA | .00 | .00 |
| GENESIS FINANCIAL & | UNSECURED | 1,700.00 | 2,169.69 | 2,169.69 | 294.38 | .00 |
| GENESIS FINANCIAL SO | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| GUARANTY BANK | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| HARRIS | UNSECURED | 342.00 | NA | NA | .00 | .00 |
| HARRIS | UNSECURED | 336.00 | NA | NA | .00 | .00 |
| HARRIS | UNSECURED | 279.00 | NA | NA | .00 | .00 |
| ADVOCATE TRINITY HOS | UNSECURED | 575.00 | NA | NA | .00 | .00 |
| LOAN SHOP ONLINE | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| PALOS ANESTHESIA ASS | UNSECURED | 399.00 | NA | NA | .00 | .00 |
| MID ATL FIN | UNSECURED | 3,179.00 | NA | NA | .00 | .00 |
| CERTEGY CHECK SVC | UNSECURED | 525.00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 480.00 | 480.00 | 480.00 | 65.13 | .00 |
| MEDCLR | UNSECURED | 299.00 | NA | NA | .00 | .00 |
| FIRST CASH FINANCIAL | UNSECURED | 445.00 | NA | NA | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 428.00 | 427.60 | 427.60 | 58.02 | .00 |
| MCSI/RMI | UNSECURED | 866.00 | 870.71 | 870.71 | 118.14 | .00 |
| UNITED STUDENT AID F | UNSECURED | 2,417.00 | 4,672.20 | 4,672.20 | 633.92 | .00 |
| UNITED STUDENT AID F | UNSECURED | 2,236.00 | 6,043.96 | 6,043.96 | .00 | .00 |
| SIR FINANCE | UNSECURED | 1,500.00 | 1,579.00 | 1,579.00 | 214.24 | .00 |
| SUN CASH OF WI LLC | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| 9 TOTAL LENDING | UNSECURED | 528.00 | NA | NA | .00 | .00 |
| US BANK | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 1,725.00 | 1,751.37 | 1,751.37 | 237.63 | .00 |
| VERIZON WIRELESS | UNSECURED | 489.83 | 496.99 | 496.99 | 67.43 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 700.00 | 700.64 | 700.64 | 95.06 | .00 |
| LARRY TREADWELL | OTHER | .00 | NA | NA | .00 | .00 |
| DEVRY INC | UNSECURED | NA | 105.69 | 105.69 | 14.34 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 29.00 | 29.00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | NA | 1,111.06 | 1,111.06 | 150.75 | .00 |
| MILLENNIUM FINANCIAL | UNSECURED | NA | 525.00 | 525.00 | 71.23 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NA | 1,790.60 | 1,790.60 | .00 | .00 |
| JEFFERSON CAPITAL SY | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 29.00 | 29.00 | .00 |
| **TOTAL PRIORITY:** | 29.00 | 29.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 47,811.77 | 5,424.11 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,046.90 |
| Disbursements to Creditors | $ | 5,453.11 |
| **TOTAL DISBURSEMENTS:** | $ | 9,500.01 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   11/29/2012          /s/ Tom Vaughn
                             Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**